CM

**RECEIVED**

9/21/2020          JH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FILED**

SEP 21 2020 ✓⚬

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FELICIA M WHEATLEY
DEMEIAN J. TOTTON )
   Plaintiff )
       )
       )
       )
  v.      )
Dective David Brian & )
ETL AL  Defendant )

**1:20-cv-05803**
**Judge Gary Feinerman**
**Magistrate Judge Jeffrey Cole**

**FILED**          JH

10/2/2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Complant

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FELICIA M. WHEATLEY
DAMEIAN J. TOTION )
       Plaintiff )

          v. )

)
     · Defendant )

Phoebe Heather &
ET - AL

**Case Number:**

**Judge:**

**Magistrate Judge:**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FELICIA M Wheatley
Damtian J. Totton
Plaintiff

v.

Defendant

Kristen Zinman &
EIL - AL

**Case Number:**

**Judge:**

**Magistrate Judge:**

Complaint

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FELICIA M. Wheatley
DAMEiAN J TOTTON )
    Plaintiff )
            )
            )
    v. )
            )
            )
            )
    Defendant )

**Case Number:**

**Judge:**

**Magistrate Judge:**

W. Hall # 462 &

/ ETL-AL

Complaint

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FELICIA M WHEATLEY
DAMEIAN J TOTTON

Plaintiff )
)
)
v. )
)
)
Mayor Richard C. Irving Defendant )
& ETL-AL )

**Case Number:**

**Judge:**

**Magistrate Judge:**

Complaint

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FEUCIA M Wheatley
Damcian J. Totlon
      Plaintiff

    v.

    Defendant

)
)
)
)
)
)
)
)
)

**Case Number:**

**Judge:**

**Magistrate Judge:**

Jamie Thomas &
ETL-AL

Complaint

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FELICIA M. WHEATLEY
Damel AND J. TOTTON
Plaintiff

)
)
)
)

**Case Number:**

**Judge:**

Public Defender
v.
Jackie Leader &
Defendant

)
)
)
)

**Magistrate Judge:**

ET L E AL

Complaint

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FELICIA M WHEATLEY
DAMEIAN J TOTLON

Plaintiff

)
)
)
)

v.

)
)
)
)
)

Defendant

Debra Conforti &
ET-AL

**Case Number**:

**Judge:**

**Magistrate Judge:**

Complaint

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Addendum 1/3

1. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

2. 1. Wrongful Arrest and Detention 2. Parental Rights when investigating a Minor Child or when one is in Police custody. 3. Excessive Bail or Bond 4. Cruel and or Unusual Punishment.
   On or About August 24, 2017 my Son Dameian Totton was riding his bicycle in town. He was approached by several Aurora Police Officers threw off of his bike and put in hand cuffs taken to jail and question by the Police and charged with 2 Counts of Sexual Assault, Armed Robbery and the use of a Weapon as well a s host of other charges. I as his Parent had a right to be present during the interrogation of my said Minor and since no Warrant was in place my question is why was he picked up in the first place. Why was Dameian Totton given a Juvenile Advocate when I as his Parent was willing and available to be present to protect my Son's interest. I was not told the truth about how and why he was arrested. He has never missed or ran from court but was given a Bail that was excessive. They also took his DNA from him at an age that he could not consent to I believe that he was confused and not fully aware because of his age at the time of the arrest of what he was consenting to. I feel I had every right to walk him out of the Police station that day but the Officers made me feel that I could not be there because they had asked me to go home. Dameian Totton was arrested solely on the basis of an Investigational Alert which is Unconstitutional and it violates his rights as well as my right to Parent.

3. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

4. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

5. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

6. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

7. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

8. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

9. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public

Addendum 2/3

Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

10. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

11. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

12. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

13. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane Gounty Diagnostic Center

14. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

15. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

16. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

17. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

18. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

19. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

20. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

21. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

22. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

# Addendum 3/3

23. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

24. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

25. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

26. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

27. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

28. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

29. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

30. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

31. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

32. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

# Addendum 1/3

1. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

2. 1. Wrongful Arrest and Detention 2. Parental Rights when investigating a Minor Child or when one is in Police custody. 3. Excessive Bail or Bond 4. Cruel and or Unusual Punishment.
   On or About August 24, 2017 my Son Dameian Totton was riding his bicycle in town. He was approached by several Aurora Police Officers threw off of his bike and put in hand cuffs taken to jail and question by the Police and charged with 2 Counts of Sexual Assault, Armed Robbery and the use of a Weapon as well a s host of other charges. I as his Parent had a right to be present during the interrogation of my said Minor and since no Warrant was in place my question is why was he picked up in the first place. Why was Dameian Totton given a Juvenile Advocate when I as his Parent was willing and available to be present to protect my Son's interest. I was not told the truth about how and why he was arrested. He has never missed or ran from court but was given a Bail that was excessive. They also took his DNA from him at an age that he could not consent to I believe that he was confused and not fully aware because of his age at the time of the arrest of what he was consenting to. I feel I had every right to walk him out of the Police station that day but the Officers made me feel that I could not be there because they had asked me to go home. Dameian Totton was arrested solely on the basis of an Investigational Alert which is Unconstitutional and it violates his rights as well as my right to Parent.

3. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

4. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

5. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

6. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

7. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

8. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

9. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public

# Addendum 2/3

Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

10. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

11. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

12. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

13. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

14. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

15. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

16. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

17. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

18. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

19. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

20. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

21. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

22. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

Addendum 3/3

23. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

24. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

25. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

26. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

27. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

28. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

29. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

30. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

31. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

32. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

# Addendum 1/3

1. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

2. 1. Wrongful Arrest and Detention 2. Parental Rights when investigating a Minor Child or when one is in Police custody. 3. Excessive Bail or Bond 4. Cruel and or Unusual Punishment.
   On or About August 24, 2017 my Son Dameian Totton was riding his bicycle in town. He was approached by several Aurora Police Officers threw off of his bike and put in hand cuffs taken to jail and question by the Police and charged with 2 Counts of Sexual Assault, Armed Robbery and the use of a Weapon as well a s host of other charges. I as his Parent had a right to be present during the interrogation of my said Minor and since no Warrant was in place my question is why was he picked up in the first place. Why was Dameian Totton given a Juvenile Advocate when I as his Parent was willing and available to be present to protect my Son's interest. I was not told the truth about how and why he was arrested. He has never missed or ran from court but was given a Bail that was excessive. They also took his DNA from him at an age that he could not consent to I believe that he was confused and not fully aware because of his age at the time of the arrest of what he was consenting to. I feel I had every right to walk him out of the Police station that day but the Officers made me feel that I could not be there because they had asked me to go home. Dameian Totton was arrested solely on the basis of an Investigational Alert which is Unconstitutional and it violates his rights as well as my right to Parent.

3. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

4. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

5. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

6. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

7. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

8. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

9. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public

# Addendum 2/3

Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

10. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

11. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

12. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

13. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

14. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

15. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

16. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

17. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

18. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

19. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

20. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

21. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

22. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

## Addendum 3/3

23. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

24. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

25. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

26. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

27. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

28. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

29. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

30. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

31. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

32. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

# Addendum 1/3

1. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

2. 1. Wrongful Arrest and Detention 2. Parental Rights when investigating a Minor Child or when one is in Police custody. 3. Excessive Bail or Bond 4. Cruel and or Unusual Punishment.
On or About August 24, 2017 my Son Dameian Totton was riding his bicycle in town. He was approached by several Aurora Police Officers threw off of his bike and put in hand cuffs taken to jail and question by the Police and charged with 2 Counts of Sexual Assault, Armed Robbery and the use of a Weapon as well a s host of other charges. I as his Parent had a right to be present during the interrogation of my said Minor and since no Warrant was in place my question is why was he picked up in the first place. Why was Dameian Totton given a Juvenile Advocate when I as his Parent was willing and available to be present to protect my Son's interest. I was not told the truth about how and why he was arrested. He has never missed or ran from court but was given a Bail that was excessive. They also took his DNA from him at an age that he could not consent to I believe that he was confused and not fully aware because of his age at the time of the arrest of what he was consenting to. I feel I had every right to walk him out of the Police station that day but the Officers made me feel that I could not be there because they had asked me to go home. Dameian Totton was arrested solely on the basis of an Investigational Alert which is Unconstitutional and it violates his rights as well as my right to Parent.

3. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

4. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

5. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

6. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

7. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

8. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

9. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public

# Addendum 2/3

Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

10. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

11. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

12. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

13. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

14. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

15. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

16. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

17. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

18. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

19. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

20. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

21. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

22. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

Addendum 3/3

23. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

24. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

25. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

26. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

27. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

28. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

29. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

30. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

31. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

32. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

# Addendum 1/3

1. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

2. 1. Wrongful Arrest and Detention 2. Parental Rights when investigating a Minor Child or when one is in Police custody. 3. Excessive Bail or Bond 4. Cruel and or Unusual Punishment.
   On or About August 24, 2017 my Son Dameian Totton was riding his bicycle in town. He was approached by several Aurora Police Officers threw off of his bike and put in hand cuffs taken to jail and question by the Police and charged with 2 Counts of Sexual Assault, Armed Robbery and the use of a Weapon as well a s host of other charges. I as his Parent had a right to be present during the interrogation of my said Minor and since no Warrant was in place my question is why was he picked up in the first place. Why was Dameian Totton given a Juvenile Advocate when I as his Parent was willing and available to be present to protect my Son's interest. I was not told the truth about how and why he was arrested. He has never missed or ran from court but was given a Bail that was excessive. They also took his DNA from him at an age that he could not consent to I believe that he was confused and not fully aware because of his age at the time of the arrest of what he was consenting to. I feel I had every right to walk him out of the Police station that day but the Officers made me feel that I could not be there because they had asked me to go home. Dameian Totton was arrested solely on the basis of an Investigational Alert which is Unconstitutional and it violates his rights as well as my right to Parent.

3. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

4. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

5. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

6. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

7. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

8. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

9. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public

Addendum 2/3

Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

10. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

11. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

12. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

13. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

14. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

15. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

16. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

17. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

18. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

19. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

20. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

21. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

22. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

# Addendum 3/3

23. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

24. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

25. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

26. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

27. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

28. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

29. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

30. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

31. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

32. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

# Addendum 1/3

1. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

2. 1. Wrongful Arrest and Detention 2. Parental Rights when investigating a Minor Child or when one is in Police custody. 3. Excessive Bail or Bond 4. Cruel and or Unusual Punishment.
   On or About August 24, 2017 my Son Dameian Totton was riding his bicycle in town. He was approached by several Aurora Police Officers threw off of his bike and put in hand cuffs taken to jail and question by the Police and charged with 2 Counts of Sexual Assault, Armed Robbery and the use of a Weapon as well a s host of other charges. I as his Parent had a right to be present during the interrogation of my said Minor and since no Warrant was in place my question is why was he picked up in the first place. Why was Dameian Totton given a Juvenile Advocate when I as his Parent was willing and available to be present to protect my Son's interest. I was not told the truth about how and why he was arrested. He has never missed or ran from court but was given a Bail that was excessive. They also took his DNA from him at an age that he could not consent to I believe that he was confused and not fully aware because of his age at the time of the arrest of what he was consenting to. I feel I had every right to walk him out of the Police station that day but the Officers made me feel that I could not be there because they had asked me to go home. Dameian Totton was arrested solely on the basis of an Investigational Alert which is Unconstitutional and it violates his rights as well as my right to Parent.

3. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

4. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

5. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

6. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

7. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

8. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

9. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public

# Addendum 2/3

Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

10. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

11. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

12. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

13. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

14. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

15. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

16. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

17. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

18. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

19. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

20. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

21. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

22. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

Addendum 3/3

23. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

24. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

25. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

26. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

27. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

28. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

29. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

30. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

31. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

32. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

# Addendum 1/3

1. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

2. 1. Wrongful Arrest and Detention 2. Parental Rights when investigating a Minor Child or when one is in Police custody. 3. Excessive Bail or Bond 4. Cruel and or Unusual Punishment.
   On or About August 24, 2017 my Son Dameian Totton was riding his bicycle in town. He was approached by several Aurora Police Officers threw off of his bike and put in hand cuffs taken to jail and question by the Police and charged with 2 Counts of Sexual Assault, Armed Robbery and the use of a Weapon as well a s host of other charges. I as his Parent had a right to be present during the interrogation of my said Minor and since no Warrant was in place my question is why was he picked up in the first place. Why was Dameian Totton given a Juvenile Advocate when I as his Parent was willing and available to be present to protect my Son's interest. I was not told the truth about how and why he was arrested. He has never missed or ran from court but was given a Bail that was excessive. They also took his DNA from him at an age that he could not consent to I believe that he was confused and not fully aware because of his age at the time of the arrest of what he was consenting to. I feel I had every right to walk him out of the Police station that day but the Officers made me feel that I could not be there because they had asked me to go home. Dameian Totton was arrested solely on the basis of an Investigational Alert which is Unconstitutional and it violates his rights as well as my right to Parent.

3. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

4. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

5. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

6. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

7. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

8. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

9. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public

Addendum 2/3

Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

10. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

11. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

12. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

13. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

14. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

15. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

16. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

17. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

18. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

19. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

20. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

21. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

22. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

Addendum 3/3

23. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

24. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

25. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

26. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

27. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

28. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

29. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

30. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

31. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

32. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

# Addendum 1/3

1.   Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

2.   1. Wrongful Arrest and Detention 2. Parental Rights when investigating a Minor Child or when one is in Police custody. 3. Excessive Bail or Bond 4. Cruel and or Unusual Punishment.
     On or About August 24, 2017 my Son Dameian Totton was riding his bicycle in town. He was approached by several Aurora Police Officers threw off of his bike and put in hand cuffs taken to jail and question by the Police and charged with 2 Counts of Sexual Assault, Armed Robbery and the use of a Weapon as well a s host of other charges. I as his Parent had a right to be present during the interrogation of my said Minor and since no Warrant was in place my question is why was he picked up in the first place. Why was Dameian Totton given a Juvenile Advocate when I as his Parent was willing and available to be present to protect my Son's interest. I was not told the truth about how and why he was arrested. He has never missed or ran from court but was given a Bail that was excessive. They also took his DNA from him at an age that he could not consent to I believe that he was confused and not fully aware because of his age at the time of the arrest of what he was consenting to. I feel I had every right to walk him out of the Police station that day but the Officers made me feel that I could not be there because they had asked me to go home. Dameian Totton was arrested solely on the basis of an Investigational Alert which is Unconstitutional and it violates his rights as well as my right to Parent.

3.   Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

4.   Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

5.   Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

6.   Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

7.   Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

8.   Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

9.   Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public

Addendum 2/3

Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

10. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

11. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

12. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

13. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

14. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

15. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

16. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

17. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

18. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

19. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

20. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

21. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

22. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

Addendum 2/3

Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

10. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

11. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

12. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

13. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

14. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

15. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

16. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

17. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

18. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

19. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

20. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

21. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

22. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

## Addendum 3/3

23. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

24. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

25. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

26. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

27. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

28. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

29. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

30. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

31. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

32. Aurora Police Department, Aurora Police Department, Aurora Police Department , Aurora Police Department, City of Aurora, States Attorney Office, States Attorney Office, Public Defenders Office, Kane County Probation Department and Kane County Diagnostic Center

UNITED STATES COURTHOUSE
CHICAGO, IL 60604

OFFICIAL BUSINESS

RECEIVED

2020 SEP 21 PM 6: 19

CLERK
U.S. DISTRICT COURT

Court

RECEIVED

2020 SEP 21 PM 6: 19

CLERK
U.S. DISTRICT COURT